## THAYER *v.* THE STATE.

APPEAL from the *Boone* Court of Common Pleas.

HANNA, J.—This was a prosecution for a riot, against
the defendant and twenty other persons. The defendant
was tried separately by a jury, and found guilty, &c. Mo-
tion for a new trial, and in arrest of judgment, overruled.
Judgment on the verdict.

But one point is made in the brief of counsel, and that
is, that the affidavit and information do not charge a pub-
lic offense, and, therefore, the judgment should have been
arrested.

The affidavit states that on, &c., at, &c., "three persons
and more, to-wit," &c., naming twenty-one, "did, in a vio-
lent, riotous, and tumultuous manner, unlawfully break
open the doors of the house of, and destroy certain," &c.,
"the property of this affiant." The information follows
the affidavit.

It is insisted in argument that this affidavit is not suffi-
cient, because it does not charge any particular persons,
nor that the act was done in a violent, &c., manner, nor
the ownership of the house, nor that it was to the terror of.
the people, or committed in *Boone* county.

We think it was not necessary to allege that the act was
to the terror, &c. There is a direct charge against all the

persons named in the affidavit, treating the words "three persons and more, to-wit," as surplusage, which it is proper to do. The venue having been once stated in the affidavit, it was not necessary, under our statute, to repeat it to every material allegation. The other objections are not well taken.

*Per Curiam.*—The judgment is affirmed with costs.

*O. S. Hamilton*, for the appellant.